AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Daniel Fleischauer<br>*Defendant(s)* | ) ) ) ) ) ) )  Case No.  3:17MJ 1930 (SALM) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 3, 2017  in the county of  New Haven  in the _____ District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2) | Distribution of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit of HSI Task Force Officer Detective Amanda Devan, in support of Arrest Warrant.

☑ Continued on the attached sheet.

*Complainant's signature*

Det. Amanda Devan, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/13/2017

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state:  New Haven, Connecticut           Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
*Printed name and title*