UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT       NEW HAVEN
11/15/2018
Roberta D. Tabora, Clerk
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18CR 293 (JCH) |
| | VIOLATION: |
| v. | |
| | 18 U.S.C. § 2422(b) |
| DANIEL FLEISCHAUER | (Enticement of a Minor to Engage in Illegal Sexual Activity) |
| | 18 U.S.C. § 2428 (Forfeiture) |

### INFORMATION

The United States Attorney charges:

#### COUNT ONE
(Enticement of a Minor to Engage in Illegal Sexual Activity)

1. From in or about 2013 to in or about December 2017, the exact dates being unknown to the United States Attorney, in the District of Connecticut and elsewhere, the defendant DANIEL FLEISCHAUER, using a facility and means of interstate commerce, namely, his computer and internet-based video chatting services, did knowingly persuade, induce, entice, and coerce individuals who had not attained the age of eighteen years to engage in sexual activity for which he could be charged with a criminal offense, namely, Sexual Exploitation of Children, in violation of Title 18, United States Code, Section 2251(a).

All in violation of Title 18, United States Code, Section 2422(b).

#### FORFEITURE ALLEGATION

2. Upon conviction of the offense alleged in Count One of this Information, the defendant DANIEL FLEISCHAUER shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 2428(a), all right, title, and interest in any property used or intended to be used to commit or facilitate the commission of the offense, and all property constituting or traceable to proceeds obtained, directly or indirectly, from such offense, including, but not limited to, the computer equipment seized from the defendant and his residence on December 13, 2017.

3. If any of the above-described forfeitable property, as a result of any act or omission of DANIEL FLEISCHAUER, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Sections 2428, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

ANASTASIA E. KING
ASSISTANT UNITED STATES ATTORNEY